# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN, an individual on his own behalf and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>W.M. BOLTHOUSE FARMS, INC. *et al*.,<br><br>  Defendants. | Case No. 1:21-cv-00318-ADA-CDB<br><br>ORDER GRANTING SECOND STIPULATION EXTENDING DEADLINE FOR DEFENDANT W.M. BOLTHOUSE FARMS, INC. TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>(ECF No. 26) |

  On October 17, 2022, this Court issued an Order Granting the parties Stipulation (1) Extending Deadline *Nunc Pro Tunc* for Defendant W.M. Bolthouse Farms, Inc. to Respond to Second Amended Complaint; (2) Regarding the Briefing Scheduling on Defendant Bolthouse's Forthcoming Motion to Dismiss the Second Amended Complaint; and (3) Regarding a Scheduling Conference. (ECF No. 25). On October 18, 2022, the parties filed a second stipulation to extend by one week the deadline for Defendant W.M. Bolthouse Farms Inc. to respond to Plaintiff's Complaint. (ECF No. 26). Based on the parties' representations in the stipulation, the Court finds good cause exists to grant the parties' stipulated requests.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

1. Defendant W.M. Bolthouse Farms Inc.'s deadline to respond to Plaintiff's Second Amended Complaint shall be **extended to October 26, 2022**.

IT IS SO ORDERED.

Dated: __**October 21, 2022**__   _____
UNITED STATES MAGISTRATE JUDGE