UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN, an individual on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>W.M BOLTHOUSE FARMS, INC. et al.,<br><br>Defendants. | Case No. 1:21-cv-00318-ADA-CDB<br><br>ORDER ON STIPULATION TO AMEND BRIEFING SCHEDULE FOR DEFENDANT W.M. BOLTHOUSE FARMS, INC.'S MOTION TO DISMISS<br><br>(ECF No. 30) |

On September 7, 2022, Plaintiff Julio Mayen ("Plaintiff") filed a Second Amended Complaint against Defendant MA Medina Farm Labor Services Inc., and Defendant W.M. Bolthouse Farms, Inc. ("Bolthouse"). (ECF No. 20). On October 26, 2022, Bolthouse filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 28).

On November 16, 2022, Plaintiff and Bolthouse filed a stipulation requesting additional time to complete briefing regarding Bolthouse's Motion to Dismiss. (ECF No. 30).

For the reasons set forth in the stipulation, and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's deadline to file an Opposition to Bolthouse's Motion to Dismiss shall be November 30, 2022, and

2. Bolthouse's deadline to file a Reply in support of its Motion to Dismiss shall be

December 12, 2022.

IT IS SO ORDERED.

Dated: **November 18, 2022**

_____
UNITED STATES MAGISTRATE JUDGE