1  MORGAN, LEWIS & BOCKIUS LLP
   John S. Battenfeld, Bar No. 119513
2  john.battenfeld@morganlewis.com
   Sheryl K. Horwitz, Bar No. 229115
3  sheryl.horwitz@morganlewis.com
4  300 South Grand Avenue
   Twenty-Second Floor
5  Los Angeles, CA  90071-3132
   Tel:   +1.213.612.2500
6  Fax:  +1.213.612.2501

7  MORGAN, LEWIS & BOCKIUS LLP
   Camille A. Watson, Bar No. 342162
8  camille.watson@morganlewis.com
9  One Market, Spear Street Tower
   San Francisco, CA  94105
10 Tel:   +1.415.442.1000
   Fax:  +1.415.442.1001
11

12 Attorneys for Defendant
   WM. BOLTHOUSE FARMS, INC.
13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16                       FRESNO DIVISION

| | |
|---|---|
| JULIO MAYEN, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MA MEDINA FARM LABOR SERVICES INCI., a California corporation; WM. BOLTHOUSE FARMS, INC., a Michigan corporation; BOLT HOUSE FARMS, an unknown business form; BOLTHOUSE FARMS CUYAMA CUYAMA, an unknown business form; BOLTHOUSE FARMS KERN COUNTY, an unknown business form; and Does 5 through 100, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00318-KES-CBD<br><br>Assigned to:  Magistrate Judge Christopher D. Baker<br><br>**NOTICE BY DEFENDANT WM. BOLTHOUSE FARMS, INC. OF SETTLEMENT OF OTHER PENDING ACTION** |

- 1 -

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 18, 2025, the Kern County Superior Court entered an Order Granting Motion For Preliminary Approval of Class and Representative Action Settlement ("Settlement") in the consolidated class and PAGA action *Rhina Beatriz Carrillo et al. v. Wm. Bolthouse Farms, Inc. et al.*, Kern County Superior Court Case No. BCV-19-101199 (the "consolidated *Carrillo* action"). See also ECF No. 8, Wm. Bolthouse Farms, Inc.'s ("Bolthouse") Motion to Dismiss; ECF No. 12, Bolthouse's Reply re: Plaintiff's Opposition to MTD; and ECF No. 18, Order Granting in Part and Denying in Part Motion to Dismiss.

This preliminarily approved Settlement includes a release that encompasses the very same claims currently at issue in this action, including claims for failure to pay overtime; failure to pay minimum wage; failure to provide accurate wage statements; failure to pay all wages upon separation; failure to provide meal and rest periods; failure to reimburse business expenses; violation of the Migrant and Seasonal Agricultural Worker Protection Act; and unfair and unlawful business practices.

The consolidated *Carrillo* action Settlement, if finally approved by the Superior Court, will cover persons who were directly employed in California as a non-exempt employee by defendant Wm. Bolthouse Farms, Inc. or were employed as a non-exempt employee by defendant MA Medina Farm Labor Services, Inc. ("Medina") and placed to work at a Bolthouse location in California. The claims to be released in the Settlement include claims alleged in this action by Plaintiff Julio Mayen, who was employed as a non-exempt employee by defendant Medina and placed to work at a Bolthouse location in California during the period covered by the Settlement.

///

The Kern County Superior Court has scheduled a final approval hearing concerning the Settlement for September 9, 2025. If this Court has any questions about the Settlement, Bolthouse can submit a further report to address them.

Dated: June 6, 2025

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ John S. Battenfeld
John S. Battenfeld
Sheryl K. Horwitz
Camille A. Watson

Attorneys for Defendant
WM. BOLTHOUSE FARMS, INC.